

1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America   SEALED

7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10                                      1:12 MJ 00092    GSA
11  UNITED STATES OF AMERICA,     )  CASE NO.
                                  )
12                   Plaintiff,   )  APPLICATION AND ORDER SEALING
                                  )  COMPLAINT AND AFFIDAVIT
13       v.                       )
                                  )
14  JOHN DOE #1, JOHN DOE #2,     )
    JOHN DOE #3, JANE DOE #1,     )
15  JUNIOR LNU, MARCO LNU and     )
    FREDDY LNU,                   )
16                                )
                     Defendants.  )
17                                )

18
         The United States of America requests that the complaint and
19
    affidavit in support of the complaint herein be sealed to prevent the
20
    potential flight of the defendants, to protect the integrity of the
21
    underlying investigation, and to prevent the possible destruction of
22
    evidence until further order of the Court.
23
    DATED: April 20, 2012        BENJAMIN B. WAGNER
24                                United States Attorney

25                                By: /s/ Ian Garriques
                                      IAN L. GARRIQUES
26                                    Assistant U.S. Attorney

27

28

                                     1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be sealed until further order of the Court.

DATED: April 20, 2012

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE