

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOE #1, JOHN DOE #2,<br>JOHN DOE #3, JANE DOE #1,<br>JUNIOR LNU, MARCO LNU and<br>FREDDY LNU,<br><br>            Defendants. | CASE NO.  1:12-MJ-00092-GSA<br><br>ORDER TO UNSEAL COMPLAINT AND<br>AFFIDAVIT |

The complaint and affidavit in support of the complaint, having been sealed by order of this Court on April 20, 2012, and it appearing that the complaint and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be unsealed and made public record.

DATED: 4/24/12

_____
UNITED STATES MAGISTRATE JUDGE