**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
OHTONIEL PARRA-GALLARDO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LUIS MIRABETE-PENA,<br>BENJAMIN APARACIO-PABLO,<br>OTHONIEL PARRA-GALLARDO,<br>FELIX SANTIAGO-MATIAS,<br>MARCO ANTONIO ARIAS-SOLIS,<br>JENNY THANH NGUYEN,<br>UBALDO CASTILLO-HERNANDEZ,<br>DALIA REYES-SERAPIO and<br>ERETZANDERT MORALES-LOZANO.<br><br>                    Defendant, | Case No.: 12-CR-00130 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DATE TO SET JURY TRIAL DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: DENNIS L. BECK AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

On or about August 27, 2012 the Honorable Dennis L. Beck granted counsel's request to continue for further review of discovery amongst all counsel and to agree upon a future trial date.

Over the past couple of weeks, all counsel, herein, have diligently discussed several possible trial dates. All counsel have agreed upon a date of July, 2013, however, the sole

individual person disapproving of a trial date in July, 2013 is Mr. Mark Coleman's client, Ubaldo Castillo-Hernandez.  Based upon the forgoing, all counsel request an additional two week deadline to September 28, 2012, to finalize a trial date, herein.  Based upon the foregoing it is stipulated between all parties.

Dated: September 14, 2012          /s/Dale Blickenstaff
                                   DALE BLICKENSTAFF
                                   Attorney for Defendant
                                   LUIS MIRABETE-PENA

Dated: September 14, 2011          /s/ Salvatore Sciandra
                                   SALVATORE SCIANDRA
                                   Attorney for Defendant
                                   BENJAIN APARACIO-PABLO

Dated: September 14, 2012          /s/ David A. Torres
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   OTHONIEL PARRA-GALINDO

Dated: September 14, 2012          /s/Jon Renge
                                   JON RENGE
                                   Attorney for Defendant
                                   FELIX SANTIAGO-MATIAS

Dated: September 14, 2012          /s/ Richard A. Beshwate
                                   RICHARD A. BESHWATE
                                   Attorney for Defendant
                                   MARCO ANTONIO ARIAS-SALAS

Dated: September 14, 2012          /s/ Robert Wilkinson
                                   ROBERT WILKINSON
                                   Attorney for Defendant
                                   JENNY THANH NGUYEN

Dated: September 14, 2012          /s/ Daniel A. Bacon
                                   DANIEL A. BACON
                                   Attorney for Defendant
                                   Dalia Reyes-Serapio

| | |
|---|---|
| Dated: September 14, 2012 | /s/ Anthony Capozzi<br>ANTHONY CAPOZZI<br>Attorney for Defendant<br>ERETZANDERT MORLAES-LOZANO |
| Dated: September 14, 2012 | /s/ Mark Coleman<br>MARK COLEMAN<br>Attorney for Defendant<br>UBALDO CASTILLO HERNANDEZ |
| Dated: September 14, 2012 | /s/ Christopher Baker<br>CHRISTOPHER BAKER<br>Assistant United States Attorney |

## ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   September 17, 2012**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE