**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
OHTONIEL PARRA-GALLARDO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>LUIS MIRABETE-PENA,<br>BENJAMIN APARACIO-PABLO,<br>OTHONIEL PARRA-GALLARDO,<br>FELIX SANTIAGO-MATIAS,<br>MARCO ANTONIO ARIAS-SOLIS,<br>JENNY THANH NGUYEN,<br>UBALDO CASTILLO-HERNANDEZ,<br>DALIA REYES-SERAPIO and<br>ERETZANDERT MORALES-LOZANO.<br><br>　　　　　　　　Defendant, | Case No.: 12-CR-00130 AWI<br><br>**STIPULATION AND PROPOSED ORDER TO SET TRIAL DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: DENNIS L. BECK AND CHRISTOPHER BAKER, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** counsel for all defendants through their attorney of record and hereby files a stipulation and proposed order requesting the Jury Trial be set for February 26, 2013, counsel estimates trial to last 10 days. This is a mutual agreement between all counsel and AUSA Christopher Baker.

```
Dated: September 27, 2012          /s/Dale Blickenstaff
                                   DALE BLICKENSTAFF
                                   Attorney for Defendant
                                   LUIS MIRABETE-PENA


Dated: September 27, 2012          /s/ Salvatore Sciandra
                                   SALVATORE SCIANDRA
                                   Attorney for Defendant
                                   BENJAIN APARACIO-PABLO


Dated: September 27, 2012          /s/ David A. Torres
                                   DAVID A. TORRES
                                   Attorney for Defendant
                                   OTHONIEL PARRA-GALINDO


Dated: September 27, 2012          /s/Jon Renge
                                   JON RENGE
                                   Attorney for Defendant
                                   FELIX SANTIAGO-MATIAS


Dated: September 27, 2012          /s/ Richard A. Beshwate
                                   RICHARD A. BESHWATE
                                   Attorney for Defendant
                                   MARCO ANTONIO ARIAS-SALAS


Dated: September 27, 2012          /s/ Robert Wilkinson
                                   ROBERT WILKINSON
                                   Attorney for Defendant
                                   JENNY THANH NGUYEN


Dated: September 27, 2012          /s/ Mark W. Coleman
                                   MARK W. COLEMAN\
                                   Attorney for Defendant
                                   UBALDO CASTILLO-HERNANDEZ


Dated: September 27, 2012          /s/ Daniel A. Bacon
                                   DANIEL A. BACON
                                   Attorney for Defendant
                                   Dalia Reyes-Serapio
```

Dated: September 27, 2012        /s/ Anthony Capozzi
                                 ANTHONY CAPOZZI
                                 Attorney for Defendant
                                 ERETZANDERT MORLAES-LOZANO

Dated: September 27, 2012        /s/ Christopher Baker
                                 CHRISTOPHER BAKER
                                 Assistant United States Attorney

# ORDER

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

**Dated:   October 9, 2012**              /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE