1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTOPHER D. BAKER
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | CASE NO. 1:12-CR-00130-AWI |
|                                ) | |
|            Plaintiff,          ) | STIPULATION AND ORDER RE- |
|                                ) | SCHEDULING TRIAL DATE, TRIAL |
|        v.                      ) | CONFIRMATION AND MOTION IN |
|                                ) | LIMINE HEARINGS |
| LUIS MIRABETE-PENA             ) | |
|    aka Junior,                 ) | Trial Date: March 26, 2013 |
| BENJAMIN APARACIO-PABLO,       ) | Time:       8:30 a.m. |
| OTHONIEL PARRA-GALLARDO,       ) | Judge: Hon. Anthony W. Ishii |
| FELIX SANTIAGO-MATIAS          ) | |
|    aka Freddy,                 ) | |
| MARCO ANTONIO ARIAS-SOLIS,     ) | |
| JENNY THANH NGUYEN, and        ) | |
| ERETZANDERT MORALES-LOZANO,    ) | |
|                                ) | |
|            Defendants.         ) | |
|                                ) | |

   **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the commencement of trial now set for February 26, 2013, may be continued to **March 26, 2013**, and that the trial confirmation and motion in limine hearings scheduled for February 4, 2013 pursuant to the Amended Pretrial Order entered in this case (see Docket no. 74)

                Stipulation Rescheduling Trial Dates; [Proposed] Order

may be continued to **March 11, 2013**.

The reason for the continuance and rescheduling of trial dates is to allow for further plea negotiations and because the attorney for plaintiff United States of America is scheduled to commence a separate trial in close proximity to trial in this case that is expected to be on-going on February 26, 2013.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

Dated: November 26, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Christopher D. Baker
                                  CHRISTOPHER D. BAKER
                                  Assistant U.S. Attorney

Dated: November 26, 2012          /s/ Dale Blickenstaff
                                  DALE BLICKENSTAFF
                                  Attorney for Defendant
                                  LUIS MIRABETE-PENA

Dated: November 26, 2012          /s/ Salvatore Sciandra
                                  SALVATORE SCIANDRA
                                  Attorney for Defendant
                                  BENJAMIN APARACIO-PABLO

Dated: November 26, 2012          /s/ David Torres
                                  DAVID TORRES
                                  Attorney for Defendant
                                  OTHONIEL PARRA-GALLARDO

```
Dated: November 26, 2012          /s/ Jon K. Renge
                                  JON K. RENGE
                                  Attorney for Defendant
                                  FELIX SANTIAGO-MATIAS


Dated: November 26, 2012          /s/ Richard A. Beshwate
                                  RICHARD A. BESHWATE
                                  Attorney for Defendant
                                  MARCO ANTONIO ARIAS-SOLIS


Dated: November 26, 2012          /s/ Robert D. Wilkinson
                                  ROBERT D. WILKINSON
                                  Attorney for Defendant
                                  JENNY THANH NGUYEN


Dated: November 26, 2012          /s/ Anthony P. Capozzi
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant
                                  ERETZANDERT MORALES-LOZANO
```

**O R D E R**

The stipulated modified trial schedule is approved. The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:     November 28, 2012                    _____
                                                UNITED STATES DISTRICT JUDGE