BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ERETZANDERT MORALES-LOZANO, et al.<br><br>            Defendant. | CASE NO. 1:12-CR-00130-AWI<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND PROPOSED ORDER<br><br>Trial Date: March 26, 2013<br>Time:       8:30 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a Change of Plea hearing be scheduled for Monday, December 10, 2012, at 10:00 a.m.  A Memorandum of Plea Agreement was filed on December 4, 2012.

////

////

////

////

////

Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.

Dated: December 5, 2012                    BENJAMIN B. WAGNER
                                           United States Attorney

                                       By: /s/ Christopher D. Baker
                                           CHRISTOPHER D. BAKER
                                           Assistant U.S. Attorney

Dated: December 5, 2012                    /s/ Anthony P. Capozzi
                                           ANTHONY P. CAPOZZI
                                           Attorney for Defendant
                                           ERETZANDERT MORALES-LOZANO

**O R D E R**

**IT IS HEREBY ORDERED** that the Change of Plea hearing be scheduled for December 10, 2012, at 10:00 a.m.

IT IS SO ORDERED.

Dated:     December 5, 2012                _____
                                           UNITED STATES DISTRICT JUDGE