BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00130-AWI |
| Plaintiff, | STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER |
| v. | |
| LUIS MIRABETE-PENA, aka Junior, BENJAMIN APARACIO-PABLO, OTHONIEL PARRA-GALLARDO, and FELIX SANTIAGO-MATIAS, aka Freddy, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and
through their respective attorneys of record herein, that a Change of
Plea hearing be scheduled for defendants LUIS MIRABETE-PENA, BENJAMIN
APARACIO-PABLO, OTHONIEL PARRA-GALLARDO and FELIX SANTIAGO-MATIAS on
March 4, 2013, at 10:00 a.m.  A Memorandum of Plea Agreement for each
defendant has been filed.

///

Stipulation Scheduling Change of Plea Hearing; Proposed Order

IT IS SO STIPULATED.


Dated: February 21, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney

                                        By: /s/ Christopher D. Baker
                                            CHRISTOPHER D. BAKER
                                            Assistant U.S. Attorney


Dated: February 21, 2013                    /s/ Salvatore Sciandra
                                            SALVATORE SCIANDRA
                                            Attorney for Defendant
                                            BENJAMIN APARACIO-PABLO


DATED: February 21, 2013                    /s/ David Torres
                                            DAVID TORRES
                                            Attorney for Defendant
                                            OTHONIEL PARRA-GALLARDO


DATED: February 21, 2013                    /s/ Jon Renge
                                            JON RENGE
                                            Attorney for Defendant
                                            FELIX SANTIAGO-MATIAS


DATED: February 21, 2013                    /s/ Dale Blickenstaff
                                            DALE BLICKENSTAFF
                                            Attorney for Defendant
                                            LUIS MIRABETE-PENA


## O R D E R

    **IT IS HEREBY ORDERED** that a Change of Plea hearing be scheduled

for March 4, 2013, at 10:00 a.m.


IT IS SO ORDERED.


Dated:    February 21, 2013          _____
                                        SENIOR DISTRICT JUDGE