JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California 93721
Telephone: (559) 444-0300

Attorney for Defendant
FELIX SANTIAGO-MATIAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>FELIX SANTIAGO-MATIAS,<br><br>　　　　　*Defendant.* | NO.　1:12-CR-00130 AWI-DLB<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Christopher D. Baker, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Felix Santiago-Matias, that the sentencing hearing in the above-referenced matter now set for May 13, 2013 may be continued to June 17, 2013 at 10:00 A.M.

This continuance is requested by counsel for the Defendant because additional time is needed to research sentencing issues pertinent to this case. As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

　　　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

DATED: May 9, 2013　　　　　　　　　　By:　/s/ CHRISTOPHER D. BAKER
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: May 9, 2013                    By:  /s/ JON K. RENGE
                                           Attorney for Defendant
                                           FELIX SANTIAGO MATIAS

**O R D E R**

IT IS SO ORDERED.

Dated:   May 9, 2013

                                           _____
                                           SENIOR  DISTRICT  JUDGE