FILED
JUN 17 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-130-AWI-004 |
| Plaintiffs, ) | ~~No CR-12-51-AWI~~ |
| vs. ) | ORDER OF RELEASE |
| FELIX SANTIAGO-MATIAS ) | |
| Defendant. ) | |

The above named defendant having been sentenced on June 17, 2013 TO 10 MONTHS, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED:  6-17-13

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1